**Order entered June 18, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-01747-CV

### CHELSEA L. DAVIS, Appellant

### V.

### MCKOOL SMITH P.C., Appellee

**On Appeal from the 298th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-14215**

## ORDER

We **DENY** appellant's June 11, 2014 opposed emergency motion to stay state court

proceedings pending appeal.

/s/     ELIZABETH LANG-MIERS
             JUSTICE